April 12, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF LOWELL M. MCCOY, JR., AND KARON K. ELS

NO. 14-14-00870-CV

_____

This cause, an appeal from the decree of divorce signed October 17, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in its division of the marital estate and by awarding Karon K. Els a lien for reimbursement in the amount of $81,000.

We therefore **REVERSE** the portions of the decree that divide the marital estate and that award Karon K. Els a lien for reimbursement.

We **REMAND** for a new trial on the division of the marital estate, including Karon K. Els's claim for reimbursement.

We find no error in the remainder of the judgment and order it **AFFIRMED**.

We order Karon K. Els to pay all costs incurred in this appeal.

We further order this decision certified below for observance.